FOX *v.* OREGON.

No. 1421, Misc.   Decided June 12, 1967.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The judgment is vacated and the case is remanded to the Supreme Court of Oregon for further consideration in light of *Anders* v. *California,* 386 U. S. 738.

MR. JUSTICE BLACK, MR. JUSTICE HARLAN, and MR. JUSTICE STEWART are of the opinion that certiorari should be denied.